# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHANDRA WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION 16-0388-CG-MU ) |
| SAM COCHRAN, in his official capacity as Sheriff of Mobile County, and in his individual capacity, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

The parties having filed a Joint Stipulation for Dismissal (Doc. 57), all claims in this action are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear her or his own attorneys' fees and costs.

**DONE and ORDERED** this 8th day of January, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE